IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARTINEZ ALBERTO,

      Petitioner,

v.

JULIE JONES, SECRETARY,
FLORIDA DEPT. OF
CORRECTIONS, and
WASHINGTON STATE
DEPT. OF CORRECTIONS,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0981

Opinion filed August 18, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Martinez Alberto, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent Julie Jones, Florida Department of Corrections.

No appearance for Respondent Washington Department of Corrections.


PER CURIAM.

      DENIED.  See Powell v. Florida Department of Corrections, 727 So. 2d 1103 (Fla. 1st DCA 1999); see also Snelson v. Snelson, 440 So. 2d 477 (Fla. 5th DCA 1983).

ROBERTS, C.J., ROWE and BILBREY, JJ., CONCUR.